JACKSON, ex dem. Munroe *vs.* PARKHURST & GURNEY.

*Recitals* in a deed of land are evidence against the party making them or any person claiming under him ; they *estop* parties and privies—privies in blood, in estate, and in law.

A person entering into possession of land under a party thus bound by a recital, is a *privy in law* of such party and is bound by whatever would conclude or affect him.

IN this case THE COURT decided that *recitals* in deeds of real estate are evidence against the party making them or any person claiming under him ; that they *estop* parties and privies—privies in blood, in estate and in law. 1 *Phil. Ev.* 411, *ch.* 8, § 2. *Comyn's Dig. tit. Evidence, B.* 5. 1 *Salk.* 285. 2 *P. Wms.* 432. *Willes,* 11. 1 *Dallas,* 67. 4 *Binney,* 231, 314. *Jackson* v. *Carver,* 4 *Peter's S. C. R.* 83. And that the defendants in this case having entered into possession of the premises sought to be recovered, under one of the grantors in the deed produced by the plaintiff, containing recitals shewing title in the grantor of the lessor of the plaintiff, were his privies in law, and bound by whatever could conclude or affect him.